UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX,<br><br>           Plaintiff,<br><br>     vs.<br><br>CLANDENIN, et al.,<br><br>           Defendants. | **1:23-cv-01074-GSA-PC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 7.)** |

Plaintiff is a civil detainee proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

In accordance with the above and good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiff's application to proceed *in forma pauperis*, filed on August 10, 2023, is **GRANTED**.

IT IS SO ORDERED.

   Dated:   **August 10, 2023**               **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE