**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT EMERSON FELIX, | No.  1:23-cv-01074 JLT BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| CLANDENIN, *et al.*, | |
| Defendants. | (Doc. 14) |

Scott Emerson Felix is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 19, 2025, the assigned magistrate judge issued a screening order granting Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within thirty (30) days.  (Doc. 12.)  Plaintiff was warned that failure to comply with the court's order would result in a recommendation for dismissal of this action, with prejudice.  (*Id.*)  Plaintiff did not file an amended complaint or otherwise communicate with the court.

///

1

Therefore, on January 6, 2026, the magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim, failure to obey a court order, and for Plaintiff's failure to prosecute this action.  (Doc. 14.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  (*Id.*)  On January 30, 2026, Plaintiff filed a request for judicial notice and objections.  (Doc. 15.)

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of the case.  Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

In his objections and request for judicial notice, Plaintiff asserts that he filed an amended complaint and motion challenging the order of reassignment to the magistrate judge.  (Doc. 15.)  Plaintiff's assertion is not supported by the docket in this case, and Plaintiff fails to provide any details or evidentiary support.  Thus, any request for judicial notice is denied.  Plaintiff also does not indicate any intent to file an amended complaint.  Additionally, Plaintiff objects to the finding of a failure to state a claim and asserts that he is denied legal assistants, copies, legal supplies, access to the library, or assistance from the Patients' Rights Advocate.  However, these objections and assertions, without more, provide no basis to reject the findings and recommendations.  To the extent Plaintiff seeks reconsideration of the findings and recommendations, claiming bias by the assigned magistrate judge, the Court has performed a *de novo* review of the findings and recommendations and finds that they are supported by the record. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 6, 2026, (Doc. 14), are **ADOPTED**.

2. This action is **DISMISSED**, with prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

UNITED STATES DISTRICT JUDGE

2